No. 86–6119.  JONES *v.* HOWARD ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 86–6122.  FERLITO *v.* COMMISSIONER OF CORRECTION OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 86–6126.  MYERS *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 86–6127.  JAMES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 86–6128.  JACKSON *v.* NEWSOME, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 86–6131.  ARMSTRONG *v.* CHRANS, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 86–6132.  ALONZO *v.* LYNAUGH, INTERIM DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 86–6135.  WALKER *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 86–6136.  MARTIN *v.* SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 86–6137.  SAFIR *v.* UNITED STATES LINES INC. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 86–6138.  POWELL *v.* FIORI ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 86–6140.  WALLACE *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 86–6141.  BARTRUG ET AL. *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 86–6142.  JOHNSON *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 86–6144.  CONGER *v.* LOUISIANA ET AL.  C. A. 5th Cir.  Certiorari denied.